FRANK GRIMES, Respondent, *v.* SHELL UNION OIL CORPORATION, Appellant.

Submitted November 17, 1941; decided December 4, 1941.

*Carl O. Olson* for motion.

*J. Stanley Carter* opposed.

*Per Curiam.* Plaintiff-respondent moves to dismiss the defendant's appeal " on the ground that defendant-appellant has failed and neglected to serve appellant's briefs within the time provided in Rule 7 of the Rules of the Court of Appeals." The rule does not require any party to have a brief.

Motion denied without prejudice to an application by plaintiff for an order that defendant may not now serve or file a brief.